**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                                    Case No. 05-cr-122-01-PB

**William Vickers**


**O R D E R**

    The defendant has moved to continue the October 4, 2005 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 4, 2005 to January 4, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 23, 2005 final pretrial conference is continued until December 21, 2005 at 3:45 p.m.

    SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 22, 2005

cc:  Jeffrey S. Levin, Esq.
     Alfred Rubega, Esq.
     United States Probation
     United States Marshal