**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

　　**v.**                                                Case No. 05-cv-122-PB

**William Vickers**

**O R D E R**

The defendant has moved to continue the January 4, 2006 trial in the above case, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from January 4, 2006 to March 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 21, 2005 final pretrial conference is continued until February 27, 2006 at 4:15 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 16, 2005

cc:  Jeffrey S. Levin, Esq.
     Alfred T. Rubega, AUSA
     United States Probation
     United States Marshal