UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    v.                                  Case No. 05-cr-122-01-PB

**William Vickers**


**O R D E R**

    The defendant has moved to continue the March 7, 2006 trial in the above case, citing the need for additional time to complete plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to complete plea negotiations and properly prepare for trial, the court will continue the trial from March 7, 2006 to May 2, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 27, 2006 final pretrial conference is continued until April 20, 2006 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 17, 2006

cc: Jeffrey S. Levin, Esq.
    Alfred Rubega, AUSA
    United States Probation
    United States Marshal